# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

In re the Matter:

SUSAN ANTOINETTE SKINNER,     Bankruptcy Case No. 17-10964

Debtor.

---

SUSAN ANTOINETTE SKINNER,

    Plaintiff,

v.     Adversary Proceeding No. 24-00031

U.S. Bank Trust N.A. as
Trustee of the Igloo Series III Trust
c/o SN Servicing Corporation

    Defendant.

---

## ORDER TO DISMISS WITH PREJUDICE

**WHEREAS,** the parties to the above-entitled adversary proceeding, through their respective counsel, have filed a Stipulation to Dismiss with Prejudice;

**NOW, THEREFORE, UPON SAID STIPULATION AND UPON THE FILE AND PROCEEDINGS HEREIN, THE COURT NOW ORDERS AS FOLLOWS:**

This action is dismissed forthwith with prejudice in accordance with the terms of the Stipulation.

###